# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

157370

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

FERNANDUS CORTEZ ELLEN,
   Defendant-Appellee.

SC: 157370
COA: 325627
Wayne CC: 14-003019-FC

_____/

   By order of July 3, 2018, the application for leave to appeal the February 1, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the Court of Appeals judgment finding that the trial court failed to explain why the extent of the guidelines departure was warranted, and remanding this case to the trial court for resentencing. The trial court adequately described the circumstances surrounding the offense as being at the most serious end of the spectrum of manslaughter cases and the defendant's efforts to silence witnesses, thereby warranting the most severe sentence permitted. The principle of proportionality was satisfied and the trial court did not abuse its discretion.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

p1120